# EXHIBIT D-1



# EXHIBIT D-2



# EXHIBIT D-3



# EXHIBIT D-4



# EXHIBIT D-5

