IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| IHOP RESTAURANTS LLC,<br><br>                Plaintiff,<br><br>   v.<br><br>1385 – TYLER, INC. and MEREDITH ELSTON,<br><br>                Defendants. | Case No. 6:20-cv-00099-JDKL |

**PLAINTIFF IHOP RESTAURANTS LLC'S
DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff IHOP Restaurants LLC ("IHOP"), makes the following disclosures.

1. IHOP is a non-governmental corporate party.

2. IHOP is a Delaware Limited Liability Company with its principal place of business in Glendale, California. IHOP is engaged in the business of operating, and granting franchises to qualified persons to operate, IHOP branded restaurants using IHOP's distinctive business format, system of operations, and proprietary names and marks. IHOP is the successor in interest to International House of Pancakes, Inc. IHOP Funding LLC is the sole member of IHOP, IHOP SPV Guarantor LLC is the sole member of IHOP Funding, and International House of Pancakes LLC is the sole member IHOP SPV Guarantor. Each entity is a Delaware Limited Liability Company, and each has its principal place of business in California. DineBrands Global, Inc. is the sole member of International House of Pancakes LLC. DineBrands Global is a Delaware corporation with its principal place of business in California.

3. DineBrands Global is a publicly-held corporation and is listed on the New York Stock Exchange.

By: /s/ James C. Bookhout

Robert M. Hoffman (*pro hac vice* to be filed)
Noah M. Schottenstein (*pro hac vice* to be filed)
James C. Bookhout
**DLA Piper LLP (US)**
1900 N. Pearl Street, Suite 2200
Dallas, TX 75201
Telephone: (214) 743-4500
Facsimile: (214) 743-4545
rob.hoffman@dlapiper.com
noah.schottenstein@dlapiper.com

*Attorneys for Plaintiff*
*IHOP Restaurants LLC*